**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1265**

JULLIAN L. BROWN,

        Plaintiff - Appellant,

    v.

AMERICAN INSTITUTES FOR RESEARCH IN THE BEHAVIORAL SCIENCES,
INCORPORATED,

        Defendant - Appellee,

    and

AMERICAN INSTITUTE FOR RESEARCH,

        Defendant.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.
(8:06-cv-02935-RWT)

Submitted:  January 29, 2009      Decided:  March 3, 2009

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome E. Clair, Washington, D.C., for Appellant.  Natalie O.
Ludaway, Matthew H. Goodman, LEFTWICH & LUDAWAY, LLC,
Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jullian L. Brown appeals the district court's orders granting summary judgment in favor of the American Institutes for Research in the Behavioral Sciences, Inc., and denying her motion for reconsideration pursuant to Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Am. Inst. for Research in the Behavioral Sciences, Inc., No. 8:06-cv-02935-RWT (D. Md. Oct. 1, 2007 & Jan. 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED